**THE FLEISHMAN LAW FIRM**
CHARLES J. FLEISHMAN (SBN 46405)
PAUL A. FLEISHMAN (SBN 251657)
A Professional Corporation
5850 Canoga Ave. 4th Floor
Woodland Hills, California 91367
erisa@erisarights.com
Telephone: (818) 710-2724
FAX: (818) 710-2728
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SAVAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. EDCV 14-452 VAP (SPx)<br><br>~~(proposed)~~ ORDER DISMISSING ACTION |

Based on the Parties' stipulation to dismiss and pursuant to FRCP 41(a)(1) this action is hereby dismissed with prejudice.

Dated: December 18, 2014

_/s/ Virginia A. Phillips_
Honorable Virginia A. Phillips
United States District Judge

1